07-844mJ

# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

Ricardo Mendez

**WARRANT FOR ARREST
TO ACT AS DETAINER ONLY**

Case No. AW 98-02

TO: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Ricardo Mendez</u> and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him/her with *(brief description of offense)*:

Violations of Supervised Release

in violation of Title United States Code, Section(s) _____

FELICIA C. CANNON
Name of Issuing Officer

_(signature)_
(By) Deputy Clerk

Bail fixed at $ __No Recommendation__

Clerk, United States District Court
Title of Issuing Officer

January 9, 2003   Greenbelt, Maryland
Date and Location

by Alexander Williams, Jr., United States Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

U.S. DISTRICT COURT (Rev. 12/98)

PROB 12
(Rev. 3/88)

RECEIVED
JAN 0 7 2003
CHAMBERS OF
ALEXANDER WILLIAMS
US DISTRICT JUDGE

United States District Court
for
District of Maryland

U.S.A. vs. **Ricardo Mendez**                        Docket No.: **AW-98-02**

## Petition on Supervised Release

COMES NOW **Angela Barnes** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Ricardo Mendez** who was placed on supervision for **Aggravated Felony** by the Honorable **Alexander Williams, Jr.** sitting in the court at **District of Maryland**, on the **17th** day of **March, 1998**, who fixed the period of supervision at **2 years**, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

(1) The defendant shall abide by the standard conditions of supervised release imposed by the Sentencing Commission;

(2) The defendant shall not commit any crimes, federal, state and/or local;

(3) The defendant shall participate in alcohol/drug/mental health counseling as directed by the United States Probation Office;

(4) The defendant shall submit to random urinalysis as directed by the United States Probation Office;

(5) The defendant shall pay a special assessment in the amount of $100;

(6) The defendant shall cooperate with the United States Department of Justice, Immigration and Naturalization Service, and if deported, either voluntarily or involuntarily, he shall not reenter the U.S. illegally.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

WHEREAS: The probationer was convicted on May 1, 2002, of the charge Re-Entry After Deportation 8 U.S.C. 8 1326 (A)(1) in violation of Standard Conditions.

WHEREAS: The probationer pled guilty to Re-Entry After Deportation in violation of Additional Conditions.

PRAYING THAT THE COURT WILL ORDER that a warrant be lodged as detainer pending the completion of his sentence and projected release date of June 6, 2004.

ORDER OF COURT
Considered and ordered as prayed this __ day of
_____, 2003 and ordered filed and made a part of the records in the above case.

_____
Alexander Williams, Jr. U.S. District Judge

Respectfully,

_____
Angela Barnes
U.S. Probation Officer

Place _____ Greenbelt, Maryland
Date _____ January 6, 2003